Date: 03/14/11

DIVIDENDS REMITTED TO COURT
Check Number 1019 Dated 03/14/11
Case Number 08-35142 - HEINE, DAVID E

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| AMERICAN INFOSOURCE LP AS AGENT FOR TARGET<br>PO BOX 248866<br>OKLAHOMA CITY, OK 73124-8866<br>5359 | 000002 | 155.21 | 2.12 |
| CHASE BANK USA NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145<br>4239 | 000004 | 260.36 | 3.57 |
| CHASE BANK USA NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145<br>5108 | 000005 | 256.81 | 3.51 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602-1052 | 000008 | 193.39 | 2.65 |
| RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>FOR GE MONEY BANK<br>DBA SAM'S CLUB DISCOVER<br>25 SE 2ND AVE STE 1120<br>MIAMI FL 33131<br>8898 | 000017 | 271.88 | 3.72 |
| ----------- Remittance Total --------------- | | 1,137.65 | 15.57 |

CHARLES W. RIES, Trustee

Printed: 03/14/11 11:12 AM   Ver: 16.01c

COURT1